1. Brent Sorenson & Associates, PC
   Law Offices
2. 505 N Argonne Rd STE B207
   Spokane, WA 99212
3. (509) 444-2600

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:                                    ) Case No.: 08-00752-W13
                                          )
KERNS, CLINTON DEAN                       ) STIPULATION REGARDING MODIFICATION OF
                                          ) CHAPTER 13 PLAN
    Debtor(s).                            )
                                          )
                                          )
                                          )

S. BRENT SORENSON, attorney for Debtor, RICHARD J HAYDEN, attorney for Wells Fargo, and DANIEL H. BRUNNER, Chapter 13 Trustee hereby stipulate and agree to the following:

1. The plan payment shall increase to $585.00 per month effective May 2008;
2. The base amount to be paid into the plan shall be $34,930.00;
3. Wells Fargo shall have a secured claim of $20,688.84 and be paid $443.00 per month at 10.25% interest;
4. Attorney fees shall be paid concurrent with secured creditors and at a rate of $68.00 per month, commencing June 2008, until paid in full;
5. Wells Fargo hereby withdraws their objection to the debtor's Chapter 13 plan.

Respectfully submitted this 30th of April, 2008.

/s/ S. Brent Sorenson                         See attached
S. Brent Sorenson, WSBA #29868                Richard J Hayden, WSBA #14614
Attorney for Debtor                           Attorney for Wells Fargo

Daniel H. Brunner
Chapter 13 Trustee

CERTIFICATE

There were no other changes to the Plan or to the treatment of creditors by the above-referenced stipulation; therefore no other creditors were adversely affected.

/s/ S. Brent Sorenson
S. Brent Sorenson
Attorney for Debtor(s)

```
Brent Sorenson & Associates, PC
Law Offices
505 N Argonne Rd STE B207
Spokane, WA  99212
(509) 444-2600
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:                                ) Case No.: 08-00752-W13
                                      )
KERNS, CLINTON DEAN                   ) STIPULATION REGARDING MODIFICATION OF
                                      ) CHAPTER 13 PLAN
    Debtor(s).                        )
                                      )
                                      )
                                      )

S. BRENT SORENSON, attorney for Debtor, RICHARD J HAYDEN, attorney for Wells Fargo, and DANIEL H. BRUNNER, Chapter 13 Trustee hereby stipulate and agree to the following:

1. The plan payment shall increase to $585.00 per month effective May 2008;
2. The base amount to be paid into the plan shall be $34,930.00;
3. Wells Fargo shall have a secured claim of $20,688.84 and be paid $443.00 per month at 10.25% interest;
4. Attorney fees shall be paid concurrent with secured creditors and at a rate of $68.00 per month, commencing June 2008, until paid in full;
5. Wells Fargo hereby withdraws their objection to the debtor's Chapter 13 plan.
6. .
7. Proof of Casualty Insurance has now been received.

Respectfully submitted this 29th of April, 2008.

/s/ S. Brent Sorenson
S. Brent Sorenson, WSBA #29868           Richard J Hayden, WSBA #14614
Attorney for Debtor                       Attorney for Wells Fargo


Daniel H. Brunner
Chapter 13 Trustee

CERTIFICATE

There were no other changes to the Plan or to the treatment of creditors by the above-referenced stipulation; therefore no other creditors were adversely affected.

/s/ S. Brent Sorenson
S. Brent Sorenson
Attorney for Debtor(s)